```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 37711
   KIM D SMITH
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

             Debtor
   SSN XXX-XX-0790

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/15/2005 and was confirmed 10/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  38.00%.

     The case was dismissed after confirmation 06/12/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
LIGHTHOUSE FINANCIAL GRO   UNSECURED        2117.23         .00            .00
QUICK PAYDAY LOANS         UNSECURED         440.00         .00            .00
CAPITAL ONE AUTO FINANCE   SECURED         16650.00      1306.70       16650.00
CAPITAL ONE AUTO FIN       UNSECURED        1892.21         .00            .00
AMERICASH                  UNSECURED       NOT FILED        .00            .00
CITY OF CHICAGO PARKING    UNSECURED        1520.00         .00            .00
COLUMBIA HOUSE             UNSECURED       NOT FILED        .00            .00
FIRST PREMIER BANK         UNSECURED       NOT FILED        .00            .00
ECAST SETTLEMENT CORP      UNSECURED        1651.67         .00            .00
INTERNAL REVENUE SERVICE   UNSECURED       NOT FILED        .00            .00
INTERNAL REVENUE SERVICE   UNSECURED        8739.22         .00            .00
INTERNAL REVENUE SERVICE   PRIORITY        20597.31         .00         7593.24
INTERNAL REVENUE SERVICE   UNSECURED       NOT FILED        .00            .00
LIGHTHOUSE FINANCIAL GRO   UNSECURED       NOT FILED        .00            .00
NATIONAL LOAN SERVICE      UNSECURED       NOT FILED        .00            .00
NORTHWESTERN MEMORIAL HO   UNSECURED       NOT FILED        .00            .00
QUICK PAYDAY LOANS         UNSECURED       NOT FILED        .00            .00
ASSET ACCEPTANCE CORP      UNSECURED         962.27         .00            .00
SONIC PAYDAY LOAN          UNSECURED       NOT FILED        .00            .00
SOUND & SPIRIT             UNSECURED       NOT FILED        .00            .00
UNITED CASH LOAN           UNSECURED       NOT FILED        .00            .00
UNIVERSITY OF IL HOSPITA   UNSECURED       NOT FILED        .00            .00
CAPITAL ONE                UNSECURED         215.99         .00            .00
INTERNAL REVENUE SERVICE   SECURED NOT I      .00           .00            .00
FINANCIAL MANAGEMENT SYS   NOTICE ONLY    NOT FILED         .00            .00
ARROW FINANCIAL SERVICES   UNSECURED         568.25         .00            .00
DETEX AGENCY & ASSOCIATE   NOTICE ONLY    NOT FILED         .00            .00
PELLETTIERI & ASSOC        NOTICE ONLY    NOT FILED         .00            .00
CFC FINANCIAL LLC          NOTICE ONLY    NOT FILED         .00            .00
ASSET ACCEPTANCE CORP      NOTICE ONLY    NOT FILED         .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY     2,700.00                     2,700.00
TOM VAUGHN                 TRUSTEE                                      1,730.77

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 37711 KIM D SMITH
```

```
DEBTOR REFUND            REFUND                                         1,000.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                             RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     30,980.71

PRIORITY                                              7,593.24
SECURED                                              16,650.00
     INTEREST                                         1,306.70
UNSECURED                                                  .00
ADMINISTRATIVE                                        2,700.00
TRUSTEE COMPENSATION                                  1,730.77
DEBTOR REFUND                                         1,000.00
                           ---------------       ---------------
TOTALS                      30,980.71                30,980.71
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 09/25/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE